**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-03003-DTB** Date: **July 24, 2026**

Title: **Yvonne M. McPherson v. Real Time Resolutions, Inc., et al**

=================================================================

**DOCKET ENTRY**

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rachel Maurice | n/a |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND [DOCKET NO. 9]**

Plaintiff has filed a Motion to Remand Case to Riverside Superior Court ("Motion"). (Docket No. 9). Plaintiff set the hearing on the Motion for August 6, 2026. The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the August 6, 2026, hearing OFF CALENDAR. Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15. No appearance by any party is required unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

 Initials of Deputy Clerk RAM